164 A.3d 399

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. KARON D. TOWNES (A/K/A PRINCE TOWNES, KARON TOWERS, DESHAWN TOWNES, AND KARON TOWNS), DEFENDANT–PETITIONER.

March 16, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000228–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.